| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **MGTF Radio Company, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Steel City Media** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-1006951** |
| 4. | Debtor's address | **Principal place of business**<br><br>**7701 Forsyth, Suite 500**<br>**Saint Louis, MO 63105**<br>Number, Street, City, State & ZIP Code<br><br>**Saint Louis**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 1

Debtor  **MGTF Radio Company, LLC**_____    Case number (*if known*)_____
Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency  _____
      Contact name  _____
      Phone  _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **MGTF Radio Company, LLC** _____ Case number (*if known*) _____
     Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 20, 2018**
                      MM / DD / YYYY

**X**   **/s/ Michael J. Frischling**            **Michael J. Frischling**
     Signature of authorized representative of debtor        Printed name

Title   **Vice President**

---

**18. Signature of attorney**

**X**   **/s/ Robert E. Eggmann**        Date   **March 20, 2018**
     Signature of attorney for debtor                                MM / DD / YYYY

**Robert E. Eggmann 37374**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
Number, Street, City, State & ZIP Code

Contact phone   **314-854-8600**      Email address   **ree@carmodymacdonald.com**

**37374 MO**
Bar number and State

Fill in this information to identify the case:

Debtor name: **MGTF Radio Company, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| All Copy Products<br>4141 Colorado Blvd.<br>Denver, CO 80216 | | Office Supplies | | | | $8,777.46 |
| AmTower<br>Lockbox 7501<br>P.O. Box 7247<br>Philadelphia, PA 19170 | | Tower | | | | $22,431.39 |
| Anthony Giordano, Trustee<br>c/o Maureen T. Bass, Esq.<br>LeClair Ryan<br>70 Linden Oaks, Suite 210<br>Rochester, NY 14625 | | | Contingent<br>Unliquidated<br>Disputed | | | $13,328.00 |
| ASCAP<br>1900 Broadway, 7th Floor Rev Acct<br>New York, NY 10023-7097 | | Music | | | | $27,351.00 |
| Broadcast Music<br>P.O. Box 630893<br>Cincinnati, OH 45263-0893 | | Music | | | | $23,169.94 |
| Business Development Corp. of America<br>c/o Alan W. Pope, Esq.<br>Moore & VanAllen PLLC<br>100 North Tyron Street, Suite 4700<br>Charlotte, NC 28202 | | Loan Agreement | | | | $24,500,000.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Debtor **MGTF Radio Company, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Independence<br>P.O. Box 219362<br>Kansas City, MO 64121-9362 | | Utility | | | | $6,276.09 |
| EDU Tech<br>8325 Lee Blvd.<br>Leawood, KS 66206 | | Repairs | | | | $1,705.75 |
| Fifth Third Bank<br>c/o Stephen R. Tetro II, Esq.<br>Chapman and Cutler LLP<br>111 West Monroe Street<br>Chicago, IL 60603 | | | | $38,477,998.00 | $0.00 | $38,477,998.00 |
| iFocus Marketing<br>7450 W. 130th Street<br>Overland Park, KS 66213 | | Digital Services | | | | $130,561.27 |
| Joel Folger<br>4104 Grace Lane<br>Grapevine, TX 76051 | | Consultant | | | | $2,521.49 |
| Katz<br>12019 Collections Center Drive<br>Chicago, IL 60693-0120 | | National Commission | | | | $63,905.09 |
| KCPL<br>P. O. Box 219362<br>Kansas City, MO 64121-9330 | | Utility | | | | $11,869.31 |
| KCPT Television<br>125 East Thirty-First Street<br>Kansas City, MO 64108 | | Tower | | | | $6,628.00 |
| Marketron<br>Dept. 225<br>P.O. Box 30015<br>Salt Lake City, UT 84130-0015 | | Logs/Billing | | | | $6,393.72 |
| Nielsen Audio<br>P.O. Box 3228<br>Carol Stream, IL 60132-3228 | | Ratings | | | | $108,828.78 |
| Research Director<br>914 Bay Ridge Road, Suite 215<br>Annapolis, MD 21403-3940 | | Consultant | | | | $2,200.00 |

Debtor **MGTF Radio Company, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SESAC** **P.O. Box 5246** **New York, NY 10008-5246** | | **Music** | | | | $6,410.17 |
| **Sound Exchange** **Dept. 4037** **Washington, DC 20042-4037** | | **Music** | | | | $7,148.22 |
| **Time Warner** **P.O. Box 1104** **Carol Stream, IL 60132** | | **Telephone** | | | | $1,760.11 |

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **MGTF Radio Company, LLC**                                       Case No.
                        Debtor(s)                                        Chapter      **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of **3** page(s) and is true, correct and complete.

/s/ Michael J. Frischling
**Michael J. Frischling**/**Vice President**
Signer/Title

Dated:   **March 20, 2018**

```
All Copy Products
4141 Colorado Blvd.
Denver, CO 80216

American Tower, L.P.
1101 Permeter Drive, Suite 225
Schaumburg, IL 60173

American Towers, LLC
10 Presidential Way
Woburn, MA 01801

AmTower
Lockbox 7501
P.O. Box 7247
Philadelphia, PA 19170

Anthony Giordano, Trustee
c/o Maureen T. Bass, Esq.
LeClair Ryan
70 Linden Oaks, Suite 210
Rochester, NY 14625

ASCAP
1900 Broadway, 7th Floor Rev Acct
New York, NY 10023-7097

AT&T
P.O. Box 5001
Carol Stream, IL 60197

Benefit Street Partners
Attn: Brent Buckley
9 West 57th Street
New York, NY 10019

Benjamin I. Finestone, Esq.
Quinn Emanuel
51 Madison Ave., 22nd Floor
New York, NY 10010

Broadcast Music
P.O. Box 630893
Cincinnati, OH 45263-0893

Business Development Corp. of America
c/o Alan W. Pope, Esq.
Moore & VanAllen PLLC
100 North Tyron Street, Suite 4700
Charlotte, NC 28202

City of Independence
P.O. Box 219362
Kansas City, MO 64121-9362
```

```
David Bilger
c/o CESD Talent Agency
333 7th Avenue, 11th Floor
New York, NY 10001

EDU Tech
8325 Lee Blvd.
Leawood, KS 66206

Fifth Third Bank
c/o Stephen R. Tetro II, Esq.
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603

G. Brock Stewart
1920 South Ocean Blvd., Unit 12
Delray Beach, FL 33483

Heather Schudiski
c/o CESD Talent Agency
333 7th Avenue, 11th Floor
New York, NY 10001

iFocus Marketing
7450 W. 130th Street
Overland Park, KS 66213

JFJ Real Estate Limited Partnership
4050 Pennsylvania, Suite 215
Kansas City, MO 64111

Joel Folger
4104 Grace Lane
Grapevine, TX 76051

Jules Riley
c/o CESD Talent Agency
333 7th Avenue, 11th Floor
New York, NY 10001

Katz
12019 Collections Center Drive
Chicago, IL 60693-0120

Katz Communications, Inc.
125 West 55th Street
New York, NY 10019

KCPL
P. O. Box 219362
Kansas City, MO 64121-9330
```

KCPT Television
125 East Thirty-First Street
Kansas City, MO 64108

Marketron
Dept. 225
P.O. Box 30015
Salt Lake City, UT 84130-0015

Miller Kaplan
4123 Lankershim Blvd.
North Hollywood, CA 91602

Nielsen Audio
P.O. Box 3228
Carol Stream, IL 60132-3228

Nielsen Audio, Inc.
9705 Patuxent Woods Drive
Columbia, MD 21046

Photogenic Productions
8611 Hines Lane
Liberty, MO 64068

Public Television 19 Inc.
125 East 31st Street
Kansas City, MO 64108

Research Director
914 Bay Ridge Road, Suite 215
Annapolis, MD 21403-3940

Scott Fisher
c/o CESD Talent Agency
333 7th Avenue, 11th Floor
New York, NY 10001

SESAC
P.O. Box 5246
New York, NY 10008-5246

Sound Exchange
Dept. 4037
Washington, DC 20042-4037

Time Warner
P.O. Box 1104
Carol Stream, IL 60132

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **MGTF Radio Company, LLC**                                     Case No.
                             Debtor(s)                                  Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MGTF Radio Company, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 20, 2018** | **/s/ Robert E. Eggmann** |
| Date | **Robert E. Eggmann 37374** |
| | Signature of Attorney or Litigant |
| | Counsel for   **MGTF Radio Company, LLC** |
| | **Carmody MacDonald P.C.** |
| | **120 S. Central Ave., Suite 1800** |
| | **Saint Louis, MO 63105** |
| | **314-854-8600 Fax:314-854-8660** |
| | **ree@carmodymacdonald.com** |