UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **In re:** ) | **Case No.:  18-41671-705** |
| ) | **Honorable Charles E. Rendlen, III** |
| **MGTF RADIO COMPANY, LLC, et al.,** ) | **Chapter 11** |
| ) | **Jointly Administered** |
| **Debtors.** ) | |
| ) | |
| ) | **Hearing Date:  February 12, 2019** |
| ) | **Hearing Time:  10:00 a.m.** |
| ) | **Hearing Location: 7 South** |
| ) | **St. Louis, Missouri** |
| ) | **Objection Deadline:  January 29, 2019** |
| ) | |
| ) | **Robert E. Eggmann, Esq.** |
| ) | **Thomas H. Riske, Esq.** |
| ) | **Carmody MacDonald P.C.** |
| ) | **120 South Central, Suite 1800** |
| ) | **St. Louis, Missouri 63105** |
| ) | **(314) 854-8600** |
| ) | **ree@carmodymacdonald.com** |
| ) | **thr@carmodymacdonald.com** |

### NOTICE OF HEARING ON JOINT PLAN OF REORGANIZATION OF MGTF RADIO COMPANY, LLC AND WPNT, INC. DATED NOVEMBER 13, 2018

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that MGTF Radio Company, LLC and WPNT, Inc. as Debtors and Debtors-in-Possession ("Debtors") filed their Joint Chapter 11 Plan of Reorganization and Disclosure Statement for Debtors' Joint Plan of Reorganization dated November 13, 2018 (the "Plan" and "Disclosure Statement" respectively).  A copy of the Plan and Disclosure Statement is on file with the Clerk of the United States Bankruptcy Court, 111 South 10th Street, Fourth Floor, St. Louis, Missouri  63102, where it may be viewed during normal business hours.  A copy of each also may be viewed on the Court's electronic docket, available through PACER (http://pacer.moeb.uscourts.gov).  Additionally, a copy of these documents may be obtained from counsel for Debtors, who may be contacted pursuant to the telephone number and email address given in the signature block to this Notice.

**TAKE FURTHER NOTICE** that a hearing on the confirmation of the Plan will be held on February 12, 2019 at 10:00 a.m. in Courtroom 7 South of the Honorable Charles E. Rendlen, III located at the Thomas F. Eagleton Courthouse, 111 South Tenth Street, St. Louis, Missouri. You may, but are not required to, attend this hearing.  Any objection to the Plan must be filed by January 29, 2019 at 4:00 p.m. and will be considered at this hearing, and any objector may appear to prosecute its position.

{15323/00016/2424134.DOC.}

Any objection to the confirmation of the Plan must be filed with the Court and served upon counsel for the Debtors, Robert E. Eggmann, Thomas H. Riske, Carmody MacDonald, P.C., 120 South Central Ave., Suite 1800, St. Louis, Missouri 63105, and all entities described in L.R. 3017-1C. Any written ballot must be delivered to counsel for the Debtors at the above address.

An objection shall identify those portions of the Plan that the objector asserts are incomplete, misleading, erroneous, or are otherwise the basis for the objection, and shall state in detail the information sought to be added or deleted from the Plan. Where appropriate, the objector shall propose acceptable language that the objector requests to be included in the Plan.

On January 8, 2019, counsel for the Debtors shall transmit the Plan and Disclosure Statement and this Notice to all creditors and parties in interest. Such documents shall be sent to creditors and other parties in interest as provided in Fed. Bankr. P. 3017.

    Respectfully submitted,

    CARMODY MACDONALD P.C.

    By: /s/ *Robert E. Eggmann*
        ROBERT E. EGGMANN #37374MO
        THOMAS H. RISKE #61838MO
        120 S. Central Avenue, Suite 1800
        St. Louis, Missouri 63105
        (314) 854-8600
        (314) 854-8660 – FAX
        ree@carmodymacdonald.com
        thr@carmodymacdonald.com

    ATTORNEYS FOR DEBTORS