**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: #183 ) | Case No.: 18-41671-705 |
| ) | Honorable Charles E. Rendlen III |
| MGTF RADIO COMPANY, LLC, et al., ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |

## ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES SCHEDULE

Upon consideration of the *Motion for to Extend Deadline to File Assumed Executory Contracts and Unexpired Leases Schedule* (the "Motion") filed by Debtors and Debtors-in-Possession MGTF Radio Company, LLC and WPNT, Inc. ("Debtors"); and the Court having jurisdiction to consider the Motion; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtors, their creditors, and all parties-in-interest; and after due deliberation thereon and good and sufficient cause appearing therefor;

**IT IS ORDERED:**

1. The Motion is GRANTED in that the deadline for the Debtors to file the Assumed Executory Contracts and Unexpired Leases Schedule is extended to January 29, 2019.

2. Within three (3) business days of entry of this order, the Debtors shall serve a copy of this Order on all creditors and parties-in-interest, and shall file a certificate of service no later than two (2) business days after service.

DATED: January 24, 2019
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

<u>Order Prepared By:</u>
Robert E. Eggmann
Thomas H. Riske
Carmody MacDonald, P.C.
120 South Central, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
(314) 854-8660 - Fax


Copies to:

United States Trustee's Office
111 South Tenth Street, Suite 6353
St. Louis, MO 63102

Robert E. Eggmann
Attorney for Debtors
Carmody MacDonald P.C.
120 South Central Avenue, Suite 1800
St. Louis, MO 63105

MGTF Radio Company, LLC
7701 Forsyth, Suite 500
St. Louis, MO 63105