# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **In re:** | Case No.: 18-41671-705 |
| | Honorable Charles E. Rendlen III |
| **MGTF RADIO COMPANY, LLC, et al.,** | Chapter 11 |
| | Jointly Administered |
| **Debtors.** | |

## NOTICE OF EFFECTIVE DATE OF CONFIRMED PLAN

**PLEASE TAKE NOTICE** that on March 1, 2019 this Court entered its Order Confirming Debtor's First Amended Joint Chapter 11 Plan of Reorganization Dated November 13, 2018 [Dkt. No. 231] (the "Confirmation Order" and "Plan" respectively).

**PLEASE TAKE FURTHER NOTICE** that the Effective Date occurred on April 1, 2019.

Respectfully submitted,

CARMODY MACDONALD P.C.

By:    /s/ *Robert E. Eggmann*
ROBERT E. EGGMANN #37374MO
THOMAS H. RISKE #61838MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
(314) 854-8600
(314) 854-8660 – FAX
ree@carmodymacdonald.com
thr@carmodymacdonald.com

ATTORNEYS FOR DEBTORS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 2, 2019, a true and correct copy of the above and foregoing pleading was filed with the Clerk of the Court using the CM/ECF system and the Notice of Electronic Filing indicates that all necessary parties were served with the document via the Court's CM/ECF.  In addition to those parties served with this document by the Court's CM/ECF System, the undersigned served a true and complete copy of this document by United States Mail, postage prepaid, to all creditors and parties in interest listed on the attached mailing matrix.

*/s/ Robert E. Eggmann*

{15323/00008/2487786.DOCX.}